MORGAN, LEWIS & BOCKIUS LLP
Megan A. Suehiro, Bar No. 316104
megan.suehiro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500

MORGAN, LEWIS & BOCKIUS LLP
J. Gordon Cooney, Jr. (*pro hac vice* forthcoming)
gordon.cooney@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

MORGAN, LEWIS & BOCKIUS LLP
Phillip J. Wiese, Bar No. 291842
phillip.wiese@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: +1.415.442.1000

*Attorneys for Defendant*
*HALEON US INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JONATHAN GABRIELLI, an individual, on behalf of himself and those similarly situated,

Plaintiff,

vs.

HALEON US INC.,

Defendant.

Case No. 3:25-cv-02555-WHO

**HALEON'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**

Hearing Date: July 16, 2025
Hearing Time: 2:00 p.m.
Judge: Hon. William H. Orrick
Courtroom: 2

Complaint Filed: March 14, 2025
Trial Date: Not Set

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on July 16, 2025, at 2:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable William H. Orrick, in Courtroom 2 (17th Floor) of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Haleon U.S. Inc. ("Haleon") will, and hereby does, move this Court for an order dismissing Plaintiff Jonathan Gabrielli's ("Plaintiff") Class Action Complaint with prejudice and without leave to amend under Federal Rules of Civil Procedure 12(b)(1) for lack of standing and 12(b)(6) for failure to state claims upon which relief can be granted.

Haleon moves to dismiss under Rule 12(b)(1) because (1) Plaintiff fails to allege an injury-in-fact sufficient to confer Article III or statutory standing, and (2) Plaintiff lacks standing to request injunctive relief where he alleges no plausible future intention of browsing Haleon's websites and admits knowledge of the website practices at issue here, thus facing no actual and imminent threat of harm.

Haleon moves to dismiss under Rule 12(b)(6) because:

1. Plaintiff's invasion of privacy and intrusion upon seclusion claims (Counts I and II) fail to allege any information collected during Plaintiff's visits to Haleon's websites and fail to allege that any such information is subject to a reasonable expectation of privacy or that its supposed collection would be highly offensive to a reasonable person.

2. Plaintiff's CIPA claims (Counts III and IV) fail for numerous reasons, including that they are time barred, and because Plaintiff fails to allege that the "contents" of any communications were intercepted or that Haleon intended to aid and abet a third party's violation of CIPA. Further, website cookies and related technologies are not "pen registers" under CIPA section 638.51.

3. Plaintiff's common law fraud, deceit, and/or misrepresentation claim (Count V) fails to allege actual falsity, intent to defraud, knowledge of falsity, or damages.

4. Plaintiff's unjust enrichment claim (Count VI) fails because Plaintiff has an adequate remedy at law and Plaintiff fails to allege an economic injury.

5. Plaintiff's trespass to chattels claim (Count VII) fails to allege any actionable injury, as the alleged placing of a cookie on Plaintiff's computer did not damage the computer or impair its function.

6. Finally, Plaintiff's claim for punitive damages fails to plausibly allege Haleon acted with the requisite evil motive against him or include allegations that actions were done with the express direction or ratification of a Haleon officer, director, or managing agent.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, including Haleon's Privacy Notice, submitted as Exhibit A, all pleadings and papers filed herein, oral argument of counsel as may be permitted, and any other matter that may be submitted at the hearing on this Motion.

Dated: May 30, 2025

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Megan A. Suehiro*
Megan A. Suehiro
J. Gordon Cooney (*pro hac vice* forthcoming)
Phillip J. Wiese

*Attorneys for Defendant*
*HALEON U.S., INC.*