MORGAN, LEWIS & BOCKIUS LLP
Megan A. Suehiro, Bar No. 316104
megan.suehiro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500

MORGAN, LEWIS & BOCKIUS LLP
J. Gordon Cooney, Jr. (*pro hac vice* forthcoming)
gordon.cooney@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

MORGAN, LEWIS & BOCKIUS LLP
Phillip J. Wiese, Bar No. 291842
phillip.wiese@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: +1.415.442.1000

Attorneys for Defendant
HALEON US INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JONATHAN GABRIELLI, an individual, on behalf of himself and those similarly situated,

Plaintiff,

vs.

HALEON US INC.,

Defendant.

Case No. 3:25-cv-02555-WHO

**HALEON'S AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

Hearing Date: August 13, 2025
Hearing Time: 2:00 p.m.
Judge: Hon. William H. Orrick
Courtroom: 2

Complaint Filed: March 14, 2025
Trial Date: Not Set

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Haleon U.S. Inc. ("Haleon") hereby amends its Notice of Motion of its Motion to Dismiss (Dkt. 18) such that the hearing for the Motion to Dismiss will take place on August 13, 2025, at 2:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable William H. Orrick, in Courtroom 2 (17th Floor) of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102. Per ECF No. 9, Plaintiff's Opposition is due on June 30, and Defendant's Reply is due on July 14, 2025.

Dated: June 5, 2025

MORGAN, LEWIS & BOCKIUS LLP

By *_/s/ Megan A. Suehiro_*
Megan A. Suehiro
J. Gordon Cooney (*pro hac vice* forthcoming)
Phillip J. Wiese

Attorneys for Defendant
HALEON U.S., INC.